UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80107-CR-RUIZ

UNITED STATES OF AMERICA

v.

TIMOTHY FREDERICK MALONEY, Jr.,
Defendant.
_____/

## STIPULATED FACTUAL BASIS

The United States of America and defendant TIMOTHY FREDERICK MALONEY, Jr. agree that the following facts are true and correct:

On May 1, 2019, law enforcement executed a state search warrant for a home on 43rd Street in West Palm Beach, in the Southern District of Florida (MALONEY's HOUSE). Once law enforcement cleared all occupants of MALONEY's HOUSE (including the defendant), MALONEY asked for permission to retrieve clothes from his bedroom. Law enforcement escorted MALONEY back into MALONEY's HOUSE, where the defendant directed deputies to the northeast bedroom, which the defendant identified as his.

Inside MALONEY's bedroom, deputies found the following items in the closet: approximately $38,076.00 in United States currency, two clear vacuum sealed bags and two glass jars filled with what appeared to be marijuana, one firearm magazine containing .45 caliber bullets, several containers of pills, currency denomination wraps, plastic bags, and rubber bands. Deputies also found correspondence in MALONEY's name inside a

1

safe in the same bedroom.

In the kitchen of MALONEY's HOUSE, deputies found the following items in the oven: one loaded Springfield Armory .45 caliber handgun bearing serial number S3250174, with one bullet in the chamber and additional bullets in the magazine, and items used in the packaging and distribution of narcotics, namely, two boxes of razor blades and three digital scales with cocaine residue. Agents also found plastic vacuum sealed bags and a vacuum sealer in the lower kitchen cabinet. The magazine found in MALONEY's bedroom closet matched that of the .45 caliber handgun found in the oven.

During a search of the dining room of MALONEY's HOUSE, deputies found one digital scale covered with cocaine residue, one package of small plastic baggies, and one razor blade.

Deputies also found narcotics that were either pre-packaged for sale, or in large quantities that were indicative of distribution. For example, law enforcement found approximately 609 grams of crack-cocaine packaged in several clear plastic bags in the roof gutters of MALONEY's HOUSE, and several small clear plastic baggies containing cocaine residue from a trash bin on the patio. In a Ford Truck parked in the driveway of MALONEY's HOUSE, deputies found: approximately 265 grams of cocaine packaged in clear plastic bags, and approximately 2,570 grams of heroin in clear plastic bags hidden in the undercarriage, one RG .22 caliber revolver bearing serial number T569454, which was loaded with .22 caliber bullets, hidden in the spare tire, and approximately 2,549 grams of cocaine inside vacuum-sealed bags under the hood. Also in the truck was correspondence and the vehicle registration, all in MALONEY's name.

Deputies also obtained state search warrants for MALONEY's storage unit located at a nearby Public Storage, where records showed that MALONEY has been the sole renter of the unit since May 12, 2018. Inside the storage unit, deputies found: approximately $136,729.00 in United States currency, one plastic bag containing approximately 17 grams of marijuana (which later field-tested positive), several .45 caliber bullets inside a box, correspondence in MALONEY's name, and more items used in the packaging and distribution of narcotics, such as rubber bands, a digital scale, empty gel capsules and several empty plastic zip bags.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 10/21/19    By: *[signature]*
SUSAN R. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

Date: 10/21/19    By: *[signature]*
MARK T. O'BRIEN
ATTORNEY FOR DEFENDANT

Date: 10-21-19    By: *[signature]*
TIMOTHY FREDERICK MALONEY, Jr.
DEFENDANT

3